## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Jean Pierre Tulumbuta, et al.

                       Plaintiff,

v.                                Case No.: 1:09–cv–04123
                                  Honorable Joan B. Gottschall

Wilmington Finance, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2009:

      MINUTE entry before the Honorable Joan B. Gottschall: Motion by Defendant Wilmington Finance, Inc. for extension of time to file answer or otherwise plead [6] is granted to 9/9/2009. Status hearing set for 9/15/2009 at 9:30 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.