IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEAN PIERRE TULUMBUTA and CLAUDINE KAMANGO, | ) ) ) Case No.: 09 CV 4123 |
| Plaintiffs, | ) ) District Judge Gottschall |
| v. | ) ) Magistrate Judge Valdez |
| WILMINGTON FINANCE, INC., a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and WILSHIRE CREDIT CORPORATION, a Nevada Corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION OF DEFENDANT WILMINGTON FINANCE, INC.
TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6)**

Defendant Wilmington Finance, Inc. ("Wilmington"), by and through its attorneys, respectfully moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for entry of an Order dismissing the Complaint of plaintiffs Jean Pierre Tulumbuta and Claudine Kamango for failing to state a claim upon which relief can be granted. In support thereof, Wilmington has contemporaneously filed a Memorandum of Law in support of its Motion to Dismiss.

Wherefore, defendant Wilmington prays that plaintiffs' Complaint be dismissed with prejudice and with costs.

Respectfully submitted,

September 9, 2009

s/s_____
Stephen A. Gorman

Stephen A. Gorman
325 N. LaSalle St., Ste. 450
Chicago, Illinois 60610
Telephone (312)-822-0200
Attorney No. 53098

1